1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  cm@SoCalEAG.com

6  Attorneys for Plaintiff,
   MIRIAM MALDONADO

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MIRIAM MALDONADO,                **Case No.: 5:24-cv-00593-KK (DTBx)**

12         Plaintiff,                **NOTICE OF SETTLEMENT OF
                                     ENTIRE CASE**
13

14         vs.

15  MARTINIANO HINOJOSA D/B/A LA
    HIDALGUENSE PANADERIA Y
16  BAKERY; ENEDINA PEREZ; and
    DOES 1 to 10,
17

18         Defendants.

19

20      Notice is hereby given that Plaintiff MIRIAM MALDONADO ("Plaintiff")

21  and Defendants have settled the above-captioned matter as to the entire case.  Parties

22  request that the Court grant thirty (30) days from the date of this filing for Plaintiff

23  to file dispositional documents in order to afford Parties time to complete settlement.

24   DATED:  June 24, 2024              **SO. CAL EQUAL ACCESS GROUP**

25

26                                        */s/ Jason J. Kim*
                                         JASON J. KIM
27                                       Attorney for Plaintiff

28

                                     NOTICE OF SETTLEMENT OF ENTIRE CASE